UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 3:12cr8/MCR

BENITO RODRIGUEZ

_____/

## ACCEPTANCE OF PLEA OF GUILTY

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objections, the plea of guilty of the defendant, BENITO RODRIGUEZ, to Counts I and II of the Indictment is hereby ACCEPTED. All parties shall appear before this court for sentencing as directed.

**DONE and ORDERED** this 5th day of March, 2012

*s/ M. Casey Rodgers*
**M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**